# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNELL ROBIN DUNN,<br><br>                    Petitioner,<br><br>v.<br><br>MARCUS POLLARD,<br><br>                    Respondent. | Case No.: 20-CV-0844 JLS (RBB)<br><br>**ORDER DIRECTING CLERK TO FILE PETITION IN THIS CASE AS A MOTION TO AMEND PETITION IN CASE NO. 19-CV-1554 LAB (MSB)** |

On August 16, 2019, Petitioner, a state prisoner proceeding pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in this Court in Case No. 19-cv-1554 LAB (MSB) seeking to challenge his conviction in San Diego Superior Court Case No. SCE374204. (*See Dunn v. Diaz*, 19-cv-1554 LAB (MSB) (S.D. Cal.)). On March 6, 2020, the Honorable Larry Burns issued an Order Setting Briefing Schedule in Case No. 19-cv-1554 LAB (MSB). (*See* ECF No. 9, Case No. 19-cv-1554 LAB (MSB).) Respondent filed an Answer on April 21, 2020. (*See* ECF No. 10, Case No. 19-cv-1554 LAB (MSB).) Petitioner's Traverse is due June 5, 2020. (*See* ECF No. 9, Case No. 19-cv-1554 LAB (MSB).)

On May 4, 2020, Petitioner filed another petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in this Court seeking to challenge the same conviction as he does in

///

1  Case No. 19-cv-1554 LAB (MSB).  That petition was given Case No. 20-cv-0844 JLS
2  (RBB).  (*See Dunn v. Pollard*, 20-cv-0844 JLS (RBB) (S.D. Cal.)).
3      In *Woods v. Carey*, 525 F.3d 886 (9th Cir. 2008), the Ninth Circuit stated that when
4  a pro se petitioner has a 28 U.S.C. § 2254 petition pending in a district court and files a
5  new 28 U.S.C. § 2254 petition, "the district court should . . . construe [the new] pro se
6  habeas petition as a motion to amend his pending habeas petition." *Id.* at 890.  Accordingly,
7  the Clerk of Court is **DIRECTED** to file the petition in this case (ECF No. 1) as a motion
8  to amend the petition in Case No. 19-cv-1554 LAB (MSB).
9      **IT IS SO ORDERED.**
10  Dated: May 26, 2020

Hon. Janis L. Sammartino
United States District Judge